IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-02744-GPG-KAS

KAZONG CASSIE YANG, AKA S.O. YANG,

     Plaintiff,

v.

MOON LILITH VANG,

     Defendant.

---

## UNOPPOSED MOTION FOR SETTLEMENT CONFERENCE

In accordance with the Order [ECF 14] dated December 5, 2025, Plaintiff Kazong Cassie Yang ("Plaintiff" and/or "Yang") moves to request a Settlement Conference between the parties before Magistrate Judge Starnella.

Pursuant to D.C.COLO.L.CivR 7.1(b), counsel for Defendant Moon Lilith Vang ("Defendant" and/or "Vang") was informed of the basis for this motion. Defendant Vang does not oppose. Indeed, Defendant Vang joins the request for a settlement conference.

## I.    INTRODUCTION

The Scheduling/Planning Conference has not been held yet. Before the parties propose a litigation schedule, a Settlement Conference with the magistrate judge is earnestly requested.

## II.    BACKGROUND

### A.    Parties

#### 1.    Plaintiff Yang

Plaintiff Yang is an individual who resides in Colorado. She is a writer who has written a book that has been accused of copyright infringement. She filed the present action seeking a declaratory judgment of no infringement.

#### 2.    Defendant Vang

Defendant Vang is an individual who resides in Minnesota and owns the copyright at issue. She has accused Plaintiff of copyright infringement.

### B.    Defendant's Motion to Dismiss

Defendant has filed a Motion to Dismiss [ECF 9] for lack of personal jurisdiction, the briefing for which is complete.

### C.    Scheduling/Planning Conference

Before this action was assigned to Judge Gallagher, a Scheduling/Planning Conference was set to be held on December 18, 2025, before Magistrate Judge Starnella. [ECF 4].

After this action was assigned to Judge Gallagher, the December 5, 2025 Order [ECF 14] stated that "on the request of the parties by motion, this court may direct the parties to engage in an early neutral evaluation, a settlement conference, or another alternative dispute resolution proceeding."

Counsel for the parties have conferred and agree that, rather than propose a litigation schedule, an early **settlement conference** would be in the interests of both parties.

## III.    DISCUSSION

Both parties in the present action are individuals who would benefit from engaging in a settlement conference with the magistrate judge. Therefore, the parties request that the Court set a settlement conference with Magistrate Judge Starnella.

After a date for the settlement conference is set, the parties further request that the Court vacate the presently scheduled December 18, 2025 Scheduling/Planning Conference. The Scheduling/Planning Conference can be set for a later date after the Settlement Conference with the magistrate judge. This would conserve judicial resources, and courts also have recognized that a stay is warranted while the issue of jurisdiction is being resolved. *See, e.g.*, *www.Turnstiles.us, Inc. v. Modular Sec. Sys., Inc.*, No. 15-CV-01806-RM-MEH, 2015 WL 8759737, at *2 (D. Colo. Dec. 15, 2015) (staying discovery pending decision on Rule 12(b)(2) motion to dismiss for lack of personal jurisdiction).

## IV.    CONCLUSION

Accordingly, the Court should vacate the December 18, 2025 Scheduling/Planning Conference, and instead direct the parties to engage in a Settlement Conference.

Date: December 10, 2025

_s/ James Juo_

James Juo
THOMAS P. HOWARD, LLC
842 W. South Boulder Road #100
Louisville, CO 80027
(303) 665-9845
jjuo@thowardlaw.com

*Counsel for Plaintiff*
*Kazong Cassie Yang, aka S.O. Yang*